**Motion Granted; Dismissed and Memorandum Opinion filed July 15, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-13-00823-CV**

---

## CURT KRAMER AND CARLOS ALBERTO MAYO, Appellants

## V.

## ZICIX CORPORATION, Appellee

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-50613**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed August 28, 2013, denying appellants' special appearances. On July 2, 2014, appellants filed a motion to dismiss the appeal because the parties have reached a settlement agreement, rendering the appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.